## U.S. DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| THOMAS DONNELLY, III, an Individual, )<br>    Plaintiff, )<br>       )<br>  v. )<br>       )<br>GENERAL ELECTRIC COMPANY, )<br>a foreign entity and JOENIC STEEL, LLC, )<br>a foreign entity, )<br>       )<br>    Defendants. )<br>       ) | CIVIL DIVISION<br><br>No.: 2:22-cv-00377 |

## **PROPOSED ORDER OF COURT**

AND NOW, to wit, this _____ day of October 2024, based upon the foregoing and because of good cause shown by Plaintiff's Counsel, it is hereby **ADJUDGED, ORDERED** and **DECREED**, the expert deposition deadline is extended 45-days from the original date to **December 12, 2024**. Likewise, the video joint post-discovery conference will be reconvened and will take place on _____, 2024; and the joint status conference will be reconvened and will take place on _____, 2024.

                **BY THE COURT:**

                _____**J.**