IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS DONNELLY, III, an individual,    CIVIL DIVISION

      Plaintiff,    No.:  2:22-cv-00377

  vs.

GENERAL ELECTRIC COMPANY, a
foreign entity; and JOENIC STEEL, LLC, a
foreign entity,

      Defendants.

## ORDER OF COURT

AND NOW, this _____ day of _____, 2025, upon consideration of the foregoing motion of Joenic Steel for summary judgment, it is hereby ORDERED, ADJUDGED and DECREED that said motion is granted and summary judgment is entered in favor of Joenic Steel and against the plaintiff and in favor of Joenic Steel and against General Electric Company on all claims and crossclaims.

BY THE COURT:

_____, J.

{P1992958.1}