## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DONNELLY, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-377 |
| | ) | Judge Nora Barry Fischer |
| GENERAL ELECTRIC CO., | ) | |
| JOENIC STEEL, LLC, | ) | |
| Defendants. | ) | |

**HEARING ON** Judicial Settlement Conference
Before Judge Nora Barry Fischer

Gary Ogg, Esq.
David Houck, Esq.
Thomas Donnelly, III, Plaintiff
Appeared for Plaintiff

Joseph Lesinski, Esq.
Patrick Fisse, Esq.
Paul Trapani, Esq.
Martha Driscoll, Senior Regulatory Counsel,
Riverstone Int'l
Appeared for General Electric Co.

Eric Anderson, Esq.
David Harris, Vice President/owner
Gina Harris, President/owner
Keegan Lee, Claims Officer, Ironshore Ins.
(by video)
William Stewart, Esq. (by video)

Hearing begun 4/14/26 at 9:05 a.m.
Hearing concluded 4/14/26 at 8:10 p.m.

Hearing adjourned to N/A
Stenographer N/A

Clerk B. Kravetz

The Court conducted a hybrid settlement conference at which time counsel for the parties and their representatives appeared and negotiated in good faith.  The matter was resolved.